UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GOLDBERG, LARRY M | § | Case No. 09-35681 |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/JOSEPH E. COHEN_____
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-35681 | ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|---|
| Case Name: | GOLDBERG, LARRY M | | | Date Filed (f) or Converted (c): | 09/25/09 (f) |
| | | | | 341(a) Meeting Date: | 10/23/09 |
| For Period Ending: | 04/16/13 | | | Claims Bar Date: | 02/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6015 Catalina Drive, #814, North Myrtle Beach, Sou | 130,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1800 Huntington Drive, #602, Hoffman Estates, Illi | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 431 River Road, Unit 2408, Wisconsin Dells, Wiscon | 275,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 1630 Forestview Drive, Sycamore, Illinois, 60178 | 290,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Cash on Debtor's person | 40.00 | 0.00 | | 0.00 | 0.00 |
| 6. Checking account - Harris Bank | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. Savings account - A.G. Edwards | 7,700.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 computers, printers and monitors, 1 DVD, 1 stere | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 9. Miscellaneous pictures | 500.00 | 0.00 | | 0.00 | 0.00 |
| 10. Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | 0.00 |
| 11. 1 watch, 1 ring | 250.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1 BB gun, 3 sets of golf clubs | 700.00 | 0.00 | | 0.00 | 0.00 |
| 13. IRA - A.G. Edwards | 28,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. 100% shareholder - FirstLoan Mortgage | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. 100% shareholder - East Main Title | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. 50% shareholder - Bleach Bright Chicago | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2007 Acura MDX (60,000 miles) | 20,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 1 desk, 1 file cabinet | 150.00 | 0.00 | | 0.00 | 0.00 |
| 19. Patio furniture, 1 lawn tractor, barbeque grill, m | 500.00 | 0.00 | | 0.00 | 0.00 |
| 20. FRAUDULENT CONVEYANCE (u) | 0.00 | 150,000.00 | | 100,000.00 | FA |
| 21. Checking account Wachovia | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.19 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $897,240.00 | $150,000.00 | | $100,050.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 09-35681    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | Date Filed (f) or Converted (c): | 09/25/09 (f) |
| | | 341(a) Meeting Date: | 10/23/09 |
| | | Claims Bar Date: | 02/03/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED INFORMATION REGARDING TRANSFER OF HOUSE TO SPOUSE.  TRUSTEE HAS FILED MOTION TO COMPROMISE CLAIM AGAINST DEBTORS SPOUSE ALLEGING A FRAUDULENT CONVEYANCE.  THE COMPROMISE WAS APPROVED BY COURT ORDER AND THE ESTATE RECEIVED $100,000.00.
TRUSTEE IS REVIEWING CLAIMS AND WILL COMMENCE PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 05/31/12         Current Projected Date of Final Report (TFR): 05/31/13

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1954 Checking Account |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 04/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 98,556.93 | | 98,556.93 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.75 | 98,496.18 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.76 | 98,433.42 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.68 | 98,372.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.67 | 98,310.07 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.14 | 98,163.93 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 103.33 | 98,060.60 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.82 | 97,928.78 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.65 | 97,783.13 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 98,556.93 | 773.80 | 97,783.13 |
| Less: Bank Transfers/CD's | 98,556.93 | 0.00 | |
| Subtotal | 0.00 | 773.80 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 773.80 | |

Page Subtotals    98,556.93    773.80

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 09-35681 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | GOLDBERG, LARRY M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1325 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4554 | | |
| For Period Ending: | 04/16/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/10 | 20 | Denise Goldberg | Settlement of potential transfer Settlement of Lawsuit | 1241-000 | 100,000.00 | | 100,000.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 0.95 | | 100,000.95 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,005.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.24 | | 100,009.30 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,013.55 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,017.66 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.24 | | 100,021.90 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,026.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,030.26 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,034.51 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 100,035.28 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.95 | 99,986.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,987.18 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 99,987.99 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.86 | | 99,988.85 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,989.67 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,990.51 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,991.36 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,992.18 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,993.03 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 127.39 | 99,865.64 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,866.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 123.12 | 99,743.34 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,744.18 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 122.97 | 99,621.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,622.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 130.65 | 99,491.41 |

Page Subtotals 100,044.49 553.08

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1325 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 04/16/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.79 | | 99,492.20 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 118.25 | 99,373.95 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 83.56 | 99,290.39 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.83 | | 99,291.22 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 122.12 | 99,169.10 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 99,169.92 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 125.99 | 99,043.93 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,044.77 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 125.83 | 98,918.94 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.80 | | 98,919.74 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.57 | 98,802.17 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,803.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.58 | 98,673.43 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.78 | | 98,674.21 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 117.28 | 98,556.93 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 98,556.93 | 0.00 |

| | | | | Page Subtotals | 5.70 | 99,497.11 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 09-35681 -ABG |
| Case Name: | GOLDBERG, LARRY M |
| Taxpayer ID No: | *******4554 |
| For Period Ending: | 04/16/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1325  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 100,050.19 | 100,050.19 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 98,556.93 | |
| Subtotal | 100,050.19 | 1,493.26 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 100,050.19 | 1,493.26 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1954 | 0.00 | 773.80 | 97,783.13 |
| Money Market Account (Interest Earn - ********1325 | 100,050.19 | 1,493.26 | 0.00 |
| | 100,050.19 | 2,267.06 | 97,783.13 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 17.01

| Page 1 | | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | Date: May 02, 2013 |
|---|---|---|---|---|---|---|

| Case Number: | 09-35681 | | Claim Number Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | GOLDBERG, LARRY M | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL | Administrative | | $0.00 | $9,232.25 | $9,232.25 |
| 001<br>3410-00 | COOKE & LEWIS LTD | Administrative | | $0.00 | $2,395.00 | $2,395.00 |
| 000001<br>070<br>7100-00 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $37,282.85 | $37,282.85 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $0.00 | $43,424.44 | $43,424.44 |
| 000003<br>070<br>7100-00 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $54,936.84 | $54,936.84 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $0.00 | $2,335.12 | $2,335.12 |
| 000005<br>070<br>7100-00 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP<br>AS AGENT ASSIG<br>Capital One Bank USA, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $11,053.37 | $11,053.37 |
| 000006<br>070<br>7100-00 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery<br>Assocs.<br>c/o Gm<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $7,916.59 | $7,916.59 |
| 000007<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK<br>OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $6,824.17 | $6,824.17 |
| 000008<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK<br>OF AMERICA<br>BY AMERICAN INFOSOURCE LP<br>AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $5,411.11 | $5,411.11 |

Page 2

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Date: May 02, 2013

Case Number: 09-35681
Debtor Name: GOLDBERG, LARRY M

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 070 7100-00 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $2,828.73 | $2,828.73 |
| 000010 080 7200-00 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | Unsecured | | $0.00 | $628.63 | $628.63 |
| 000011 070 7100-00 | BMO Harris Bank N.A., f/k/a Harris N.A. Donna Rizzuto 200 South Michigan Avenue, Suite 1100 Chicago, IL 60604 | Unsecured | | $0.00 | $242,215.89 | $242,215.89 |
| BOND 999 2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative | | $0.00 | $235.84 | $235.84 |
| | Case Totals: | | | $0.00 | $426,720.83 | $426,720.83 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                                                    Exhibit D

Case No.: 09-35681
Case Name: GOLDBERG, LARRY M
Trustee Name: JOSEPH E. COHEN

      Balance on hand                                                                                     $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: COOKE & LEWIS LTD | $ | $ | $ |
| Accountant for Trustee Expenses: COOKE & LEWIS LTD | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses                $_____

     Remaining Balance                                                             $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanta Bank Corp.<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT ASSIG Capital One Bank USA, N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000006 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Gm POB 41067 NORFOLK VA 23541 | $ | $ | $ |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | BMO Harris Bank N.A., f/k/a Harris N.A. Donna Rizzuto 200 South Michigan Avenue, Suite 1100 Chicago, IL 60604 | $ | $ | $ |

Total to be paid to timely general unsecured creditors  $_____

Remaining Balance  $_____

Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Discover Bank Dfs Services LLC PO Box 3025 New Albany, Ohio 43054-3025 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors  $_____

Remaining Balance  $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ____ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE