UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GOLDBERG, LARRY M § Case No. 09-35681
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/07/2013 in Courtroom ,
　　　　　　　North Branch Court
　　　　　　　1792 Nicole lane
　　　　　　　Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
GOLDBERG, LARRY M § Case No. 09-35681
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 100,050.19 |
| and approved disbursements of | $ | 2,267.06 |
| leaving a balance on hand of[1] | $ | 97,783.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 8,252.51 | $ 0.00 | $ 8,252.51 |
| Trustee Expenses: JOSEPH E. COHEN | $ 71.04 | $ 0.00 | $ 71.04 |
| Attorney for Trustee Fees: COHEN & KROL | $ 9,232.25 | $ 0.00 | $ 9,232.25 |
| Accountant for Trustee Fees: COOKE & LEWIS LTD | $ 2,125.00 | $ 0.00 | $ 2,125.00 |
| Accountant for Trustee Expenses: COOKE & LEWIS LTD | $ 270.00 | $ 0.00 | $ 270.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 235.84 | $ 235.84 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $   19,950.80

Remaining Balance   $   77,832.33

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 414,229.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  18.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Advanta Bank Corp. POB 3001 Malvern, PA 19355-0701 | $ 37,282.85 | $ 0.00 | $ 7,005.33 |
| 000002 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 43,424.44 | $ 0.00 | $ 8,159.31 |
| 000003 | American Express Bank, FSB POB 3001 Malvern, PA 19355-0701 | $ 54,936.84 | $ 0.00 | $ 10,322.46 |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | $ 2,335.12 | $ 0.00 | $ 438.76 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | CAPITAL ONE BANK (USA), N.A. BY AMERICAN INFOSOURCE LP AS AGENT ASSIG Capital One Bank USA, N.A. PO Box 71083 Charlotte, NC 28272-1083 | $ 11,053.37 | $ 0.00 | $ 2,076.89 |
| 000006 | PRA Receivables Management, LLC As Agent Of Portfolio Recovery Assocs. c/o Gm POB 41067 NORFOLK VA 23541 | $ 7,916.59 | $ 0.00 | $ 1,487.50 |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 6,824.17 | $ 0.00 | $ 1,282.24 |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 5,411.11 | $ 0.00 | $ 1,016.73 |
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERICA BY AMERICAN INFOSOURCE LP AS ITS AGENT PO Box 248809 Oklahoma City, OK 73124-8809 | $ 2,828.73 | $ 0.00 | $ 531.51 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | BMO Harris Bank N.A., f/k/a Harris N.A. Donna Rizzuto 200 South Michigan Avenue, Suite 1100 Chicago, IL 60604 | $ 242,215.89 | $ 0.00 | $ 45,511.60 |
| | Total to be paid to timely general unsecured creditors | | | $ 77,832.33 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 5)*

United States Bankruptcy Court
Northern District of Illinois

In re:  
Larry M Goldberg  
    Debtor

Case No. 09-35681-ABG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: mflowers     Page 1 of 3     Date Rcvd: May 11, 2013  
                        Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2013.

```
db          +Larry M Goldberg,    28432 West Harvest Glen Circle,    Cary, IL 60013-2311
14498376     Advanta,    PO Box 88088,    Philadelphia, PA 19101
14732232     Advanta Bank Corp.,    POB 3001,    Malvern, PA 19355-0701
14498377    +American Express,    PO Box 981535,    El Paso, TX 79998-1535
14763472     American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14710878    +BANK OF AMERICA,    POB 15019,    WILMINGTON,DE 19886-5019
20045661    +BMO Harris Bank N.A., f/k/a Harris N.A.,    Donna Rizzuto,    200 South Michigan Avenue, Suite 1100,
              Chicago, IL 60604-2461
14952476     CAPITAL ONE BANK (USA), N.A.,    BY AMERICAN INFOSOURCE LP AS AGENT ASSIG,
              Capital One Bank USA, N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14498378    +Capital One,    PO Box 6492,    Carol Stream, IL 60197-6492
14756927     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14498379    +Chase Card Member Service,    PO Box 15153,    Wilmington, DE 19886-5153
14498380    +Citibank/Exxon,    PO Box 6494,    Sioux Falls, SD 57117-6494
14498381    +First Data Global Leasing,    PO Box 407092,    Coral Springs, FL 33340-7092
14498383    +HSBC Card Services,    PO Box 37281,    Baltimore, MD 21297-3281
14498382    +Harris Bank,    PO Box 88840,    Carol Stream, IL 60188-0840
14548147    +Indiana University Student Loan,    Adm,    Pob 6210,    Indianapolis, IN 46206-6210
14498385    +Jeffrey Schieve,    c/o Calvin C. Campbell,    331 W. State Street,    Sycamore, IL 60178-1420
14498386    +Litton Loan Servicing,    4828 Loop Central Drive,    Houston, TX 77081-2166
14536293    +Litton Loan Servicing, LP.,    PO BOX 829009,    Dallas, TX 75382-9009
14964902    +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Gm,    POB 41067,
              NORFOLK VA 23541-1067
14498387    +Pete Waterson,    881 Dakota Drive,    Woodstock, IL 60098-6507
14498389    +Specialized Loan Servicing,    8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
14498390    +United Mileage Plus,    PO Box 15153,    Wilmington, DE 19886-5153
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14710879    +E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:44:17     DISCOVER CARD,    POB 6103,
              CAROL SRTEAM , IL 60197-6103
15162177     E-mail/PDF: mrdiscen@discoverfinancial.com May 11 2013 16:44:17     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
15005154     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2013 17:01:40
              FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
              Oklahoma City, OK  73124-8809
14925812    +E-mail/Text: resurgentbknotifications@resurgent.com May 11 2013 14:33:18
              PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
              PO Box 19008,    Greenville, SC 29602-9008
14498388     E-mail/PDF: pa_dc_claims@salliemae.com May 11 2013 17:25:31     Sallie Mae,    1002 Arthur Avenue,
              Panama City, FL 32401
                                                                                              TOTAL: 5
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14710880*    +FIRST DATA GLOBAL LEASING,    POB 407092,    CORAL SPRINGS,FL 33340-7092
14543362*    +Litton Loan Servicing LP,    Pob 829009,    Dallas,TX 75382-9009
15200727*    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,    Highlands Ranch, CO 80129-2386
14498375    ##+12 Oaks at Morningside Condo Asn,    c/o Lieberman Management Services,    355 W. Dundee Road,
              Buffalo Grove, IL 60089-3500
14498384    ##+IPayment, Inc.,    26707 W. Agoura Road,    Calabasas, CA 91302-3829
                                                                                   TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: mflowers              Page 2 of 3            Date Rcvd: May 11, 2013
                               Form ID: pdf006             Total Noticed: 28

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 12, 2013**              **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: mflowers              Page 3 of 3                  Date Rcvd: May 11, 2013
                              Form ID: pdf006             Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2013 at the address(es) listed below:

```
          Donna   Rizzuto    on behalf of Creditor    BMO HARRIS BANK N.A. drizzuto@howardandhoward.com,
           kperez@howardandhoward.com
          Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Joseph E Cohen    on behalf of Accountant    Cooke & Lewis Ltd jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
           jcohen@ecf.epiqsystems.com;jcohenattorney@aol.com
          Lester A Ottenheimer, III    on behalf of Debtor Larry M Goldberg lottenheimer@olawgroup.com,
           nfishkin@olawgroup.com
          Matthew C Abad    on behalf of Creditor    Harris N.A. abad@bcclegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J. Kapustka    on behalf of Creditor    Twelve Oaks at Morningside Condominium Association
           ndaily@ksnlaw.com,   bankruptcy@ksnlaw.com
          Terri M Long    on behalf of Creditor    Litton Loan Servicing, LP Courts@tmlong.com
          Yan   Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,   law_4321@yahoo.com
                                                                                             TOTAL: 11
```