UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| In re: | § | |
|---|---|---|
| | § | |
| GOLDBERG, LARRY M | § | Case No. 09-35681 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

  JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

  3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH E. COHEN _____
                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | 12 Oaks at Morningside Condo Asn c/o Lieberman Management Services 355 W. Dundee Road Buffalo Grove, IL 60089 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Data Global Leasing PO Box 407092 Coral Springs, FL 33340 | | | | | |
| | Harris Bank PO Box 88840 Carol Stream, IL 60188 | | | | | |
| | Harris Bank PO Box 88840 Carol Stream, IL 60188 | | | | | |
| | Harris Bank PO Box 88840 Carol Stream, IL 60188 | | | | | |
| | Harris Bank PO Box 88840 Carol Stream, IL 60188 | | | | | |
| | Litton Loan Servicing 4828 Loop Central Drive Houston, TX 77081 | | | | | |
| | Specialized Loan Servicing 8742 Lucent Blvd., Suite 300 Highlands Ranch, CO 80129 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS LTD | | | | | |
| COOKE & LEWIS LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta PO Box 88088 Philadelphia, PA 19101 | | | | | |
| | American Express PO Box 981535 El Paso, TX 79998 | | | | | |
| | Capital One PO Box 6492 Carol Stream, IL 60197 | | | | | |
| | Chase Card Member Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Chase Card Member Service PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citibank/Exxon PO Box 6494 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Card Services PO Box 37281 Baltimore, MD 21297 | | | | | |
| | Jeffrey Schieve c/o Calvin C. Campbell 331 W. State Street Sycamore, IL 60178 | | | | | |
| | Sallie Mae 1002 Arthur Avenue Panama City, FL 32401 | | | | | |
| | United Mileage Plus PO Box 15153 Wilmington, DE 19886 | | | | | |
| 000001 | ADVANTA BANK CORP. | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | BMO HARRIS BANK N.A., F/K/A HARRIS | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000008 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |

Case 09-35681    Doc 104    Filed 08/21/13    Entered 08/21/13 12:02:24    Desc Main
Document      Page 9 of 17

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | PRA RECEIVABLES MANAGEMENT, LLC | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000010 | DISCOVER BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-35681 ABG | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | GOLDBERG, LARRY M | | Date Filed (f) or Converted (c): | 09/25/09 (f) |
| | | | 341(a) Meeting Date: | 10/23/09 |
| For Period Ending: | 08/13/13 | | Claims Bar Date: | 02/03/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 6015 Catalina Drive, #814, North Myrtle Beach, Sou | 130,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. 1800 Huntington Drive, #602, Hoffman Estates, Illi | 140,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. 431 River Road, Unit 2408, Wisconsin Dells, Wiscon | 275,000.00 | 0.00 | | 0.00 | 0.00 |
| 4. 1630 Forestview Drive, Sycamore, Illinois, 60178 | 290,000.00 | 0.00 | | 0.00 | 0.00 |
| 5. Cash on Debtor's person | 40.00 | 0.00 | | 0.00 | 0.00 |
| 6. Checking account - Harris Bank | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. Savings account - A.G. Edwards | 7,700.00 | 0.00 | | 0.00 | 0.00 |
| 8. 2 computers, printers and monitors, 1 DVD, 1 stere | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 9. Miscellaneous pictures | 500.00 | 0.00 | | 0.00 | 0.00 |
| 10. Miscellaneous wearing apparel | 100.00 | 0.00 | | 0.00 | 0.00 |
| 11. 1 watch, 1 ring | 250.00 | 0.00 | | 0.00 | 0.00 |
| 12. 1 BB gun, 3 sets of golf clubs | 700.00 | 0.00 | | 0.00 | 0.00 |
| 13. IRA - A.G. Edwards | 28,000.00 | 0.00 | | 0.00 | 0.00 |
| 14. 100% shareholder - FirstLoan Mortgage | 0.00 | 0.00 | | 0.00 | 0.00 |
| 15. 100% shareholder - East Main Title | 0.00 | 0.00 | | 0.00 | 0.00 |
| 16. 50% shareholder - Bleach Bright Chicago | 0.00 | 0.00 | | 0.00 | 0.00 |
| 17. 2007 Acura MDX (60,000 miles) | 20,000.00 | 0.00 | | 0.00 | 0.00 |
| 18. 1 desk, 1 file cabinet | 150.00 | 0.00 | | 0.00 | 0.00 |
| 19. Patio furniture, 1 lawn tractor, barbeque grill, m | 500.00 | 0.00 | | 0.00 | 0.00 |
| 20. FRAUDULENT CONVEYANCE (u) | 0.00 | 150,000.00 | | 100,000.00 | FA |
| 21. Checking account Wachovia | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.19 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $897,240.00 | $150,000.00 | | $100,050.19 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.02f

Case 09-35681    Doc 104    Filed 08/21/13    Entered 08/21/13 12:02:24    Desc Main
Document      Page 11 of 17

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-35681    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | Date Filed (f) or Converted (c): | 09/25/09 (f) |
| | | 341(a) Meeting Date: | 10/23/09 |
| | | Claims Bar Date: | 02/03/10 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS REQUESTED INFORMATION REGARDING TRANSFER OF HOUSE TO SPOUSE.  TRUSTEE HAS FILED MOTION TO COMPROMISE CLAIM AGAINST DEBTORS SPOUSE ALLEGING A FRAUDULENT CONVEYANCE.  THE COMPROMISE WAS APPROVED BY COURT ORDER AND THE ESTATE RECEIVED $100,000.00.
TRUSTEE IS REVIEWING CLAIMS AND WILL COMMENCE PREPARATION OF FINAL REPORT.

Initial Projected Date of Final Report (TFR): 05/31/12        Current Projected Date of Final Report (TFR): 05/31/13

FORM 2     Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 09-35681 -ABG | Trustee Name: JOSEPH E. COHEN |
| Case Name: GOLDBERG, LARRY M | Bank Name: ASSOCIATED BANK |
| | Account Number / CD #: *******1954 Checking Account |
| Taxpayer ID No: *******4554 | |
| For Period Ending: 08/13/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 98,556.93 | | 98,556.93 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.75 | 98,496.18 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.76 | 98,433.42 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.68 | 98,372.74 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 62.67 | 98,310.07 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 146.14 | 98,163.93 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 103.33 | 98,060.60 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 131.82 | 97,928.78 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 145.65 | 97,783.13 |
| 06/10/13 | 300002 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 8,252.51 | 89,530.62 |
| 06/10/13 | 300003 | JOSEPH E. COHEN 105 WEST MADISON STREET SUITE 1100 CHICAGO, IL 60602-0000 | Chapter 7 Expenses | 2200-000 | | 71.04 | 89,459.58 |
| 06/10/13 | 300004 | COHEN & KROL | Attorney fees per court order | 3110-000 | | 6,154.84 | 83,304.74 |
| 06/10/13 | 300005 | COOKE & LEWIS LTD | Accountant for Trustee fees Accountant for Trustee fees      Fees    2,125.00      Expenses    270.00 | 3410-000 3420-000 | | 2,395.00 | 80,909.74 |
| 06/10/13 | 300006 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 3,077.41 | 77,832.33 |
| 06/10/13 | 300007 | Advanta Bank Corp. POB 3001 | Claim 000001, Payment 18.78968% (1-1) CREDIT CARD DEBT | 7100-000 | | 7,005.33 | 70,827.00 |
| | | | Page Subtotals | | 98,556.93 | 27,729.93 | |

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 09-35681 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | GOLDBERG, LARRY M | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1954 Checking Account |
| Taxpayer ID No: | *******4554 | | |
| For Period Ending: | 08/13/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Malvern, PA 19355-0701 | | | | | |
| 06/10/13 | 300008 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 18.78967% | 7100-000 | | 8,159.31 | 62,667.69 |
| 06/10/13 | 300009 | American Express Bank, FSB<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000003, Payment 18.78969%<br>(3-1) CREDIT CARD DEBT | 7100-000 | | 10,322.46 | 52,345.23 |
| 06/10/13 | 300010 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000004, Payment 18.78961% | 7100-000 | | 438.76 | 51,906.47 |
| 06/10/13 | 300011 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT ASSIG<br>Capital One Bank USA, N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000005, Payment 18.78965% | 7100-000 | | 2,076.89 | 49,829.58 |
| 06/10/13 | 300012 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>c/o Gm<br>POB 41067<br>NORFOLK VA 23541 | Claim 000006, Payment 18.78966% | 7100-000 | | 1,487.50 | 48,342.08 |
| 06/10/13 | 300013 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000007, Payment 18.78968% | 7100-000 | | 1,282.24 | 47,059.84 |
| 06/10/13 | 300014 | FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809 | Claim 000008, Payment 18.78968% | 7100-000 | | 1,016.73 | 46,043.11 |

                     Page Subtotals     0.00     24,783.89

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1954 Checking Account |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/10/13 | 300015 | Oklahoma City, OK 73124-8809<br>FIA CARD SERVICES, NA/BANK OF AMERICA<br>BY AMERICAN INFOSOURCE LP AS ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000009, Payment 18.78970% | 7100-000 | | 531.51 | 45,511.60 |
| 06/10/13 | 300016 | BMO Harris Bank N.A., f/k/a Harris N.A.<br>Donna Rizzuto<br>200 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604 | Claim 000011, Payment 18.78968%<br>(11-1) Modified on 2/19/13 to<br>correct creditors address(dw) | 7100-000 | | 45,511.60 | 0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | 98,556.93   98,556.93   0.00 |
| Less: Bank Transfers/CD's | 98,556.93   0.00 |
| Subtotal | 0.00   98,556.93 |
| Less: Payments to Debtors | 0.00 |
| Net | 0.00   98,556.93 |

Page Subtotals        0.00        46,043.11

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1325 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/19/10 | 20 | Denise Goldberg | Settlement of potential transfer Settlement of Lawsuit | 1241-000 | 100,000.00 | | 100,000.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 0.95 | | 100,000.95 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,005.06 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.24 | | 100,009.30 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,013.55 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,017.66 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.24 | | 100,021.90 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.11 | | 100,026.01 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,030.26 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 4.25 | | 100,034.51 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.77 | | 100,035.28 |
| 03/29/11 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 48.95 | 99,986.33 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,987.18 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.81 | | 99,987.99 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.86 | | 99,988.85 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,989.67 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,990.51 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,991.36 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,992.18 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,993.03 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 127.39 | 99,865.64 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.82 | | 99,866.46 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 123.12 | 99,743.34 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,744.18 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 122.97 | 99,621.21 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.85 | | 99,622.06 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 130.65 | 99,491.41 |

Page Subtotals     100,044.49     553.08

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 5

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1325  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.79 | | 99,492.20 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 118.25 | 99,373.95 |
| 03/11/12 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 83.56 | 99,290.39 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.83 | | 99,291.22 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 122.12 | 99,169.10 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.82 | | 99,169.92 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 125.99 | 99,043.93 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 99,044.77 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 125.83 | 98,918.94 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.80 | | 98,919.74 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 117.57 | 98,802.17 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.84 | | 98,803.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 129.58 | 98,673.43 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.78 | | 98,674.21 |
| 08/30/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>10TH FLOOR<br>DALLAS, TX  75283 | BANK FEES | 2600-000 | | 117.28 | 98,556.93 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 98,556.93 | 0.00 |

Page Subtotals         5.70         99,497.11

Ver: 17.02f

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-35681 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | GOLDBERG, LARRY M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******1325 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4554 | | | |
| For Period Ending: | 08/13/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 100,050.19 | 100,050.19 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 98,556.93 | |
| Subtotal | 100,050.19 | 1,493.26 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 100,050.19 | 1,493.26 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1954 | 0.00 | 98,556.93 | 0.00 |
| Money Market Account (Interest Earn - ********1325 | 100,050.19 | 1,493.26 | 0.00 |
| | 100,050.19 | 100,050.19 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

Ver: 17.02f

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*